IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                    CASE NO. 1:07-cr-00014-MP-AK

CHEREE PLATE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 186, Motion to withdraw as counsel, filed by Cheree Plate. Ms. Plate filed a written consent to the withdraw at doc. 201. The motion is granted, and attorney John Uman is allowed to withdraw as counsel. Additionally, attorney Stephen Bernstein is appointed to represent Ms. Plate. Mr. Bernstein's contact information is as follows:

    STEPHEN N. BERNSTEIN PA
    PO BOX 1642
    500 EAST UNIVERSITY AVENUE
    SUITE E
    GAINESVILLE, FL 32601
    352-373-9555

A copy of this Order should be sent to Ms. Plate herself.

**DONE AND ORDERED** this *30th* day of January, 2008

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge