## IN THE UNITED STATES DISTRICT COURT FOR
## NORTHERN DISTRICT OF FLORIDA
### (Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | ) | |
| v. | ) | Docket No. 1:07CR14-002-MMP |
| | ) | |
| **CHEREE PLATE** | ) | |

### O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of her pretrial release as outlined in Pretrial Form PS8 filed with the Clerk of the U. S. District Court for the Northern District of Florida, on May 2, 2008.

Based on the defendant's admission of guilt to the violations as outlined in the Pretrial Form PS8, the Court finds that the defendant violated the terms and conditions of her pretrial release.

**IT IS HEREBY ORDERED** that the defendant be continued on pretrial release under the same terms and conditions previously imposed, with the following modifications:

1) The defendant shall reside with her sister in Marion County, Florida and shall not travel beyond Marion County, Florida or the Northern District of Florida.

2) Condition 14 of the Court's original order dated October 3, 2007, shall be modified to include Electronic Monitoring. The costs of the monitoring shall be born by the government.

**DONE AND ORDERED** this  8th  day of May, 2008.

s/Maurice M. Paul
MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE

May 16, 2008
DATE