IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                        CASE NO. 1:07-cr-00014-MP-AK

CHEREE PLATE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 302, Motion for Medical Treatment by Cheree Plate. Specifically, Ms. Plate, who is in her second trimester of pregnancy, seeks medical exams by an OBGYN physician. The United States Marshals Service is directed to immediately inquire into this request and take appropriate action. The United States Marshals Service shall report back to the undersigned by Friday, October 24, 2008.

**DONE AND ORDERED** this *20th* day of October, 2008

                                           *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge